AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| JUAN FLORES<br><br>*Plaintiff(s)*<br>v.<br>RESURGENT CAPITAL SERVICES L.P.<br><br>*Defendant(s)* | Civil Action No. CV-498<br>CV-20498-MGC<br>19-CV-20498 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* RESURGENT CAPITAL SERVICES L.P.
C/o CORPORATION SERVICE COMPANY
1201 HAYS STREET
TALLAHASSEE, FL 32301-2525

FILED BY _____ D.C.
FEB 20 2019
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: JUAN FLORES
8186 NW 114 PL
MEDLEY FL 33178-2543

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT  Angela E. Noble

Date: 2/20/19

_____
Signature of Clerk or Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| JUAN FLORES <br><br> *Plaintiff(s)* <br> v. <br> LVNV FUNDING LLC <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. CV-20498-MGC <br> 19-CV-20498 |

FILED
FEB 20 2019
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* LVNV FUNDING LLC
C/o CORPORATION SERVICE COMPANY
1201 HAYS STREET
TALLAHASSEE, FL 32301-2525

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  JUAN FLORES
8186 NW 114 PL
MEDLEY FL 33178-2543

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT  Angela E. Noble

Date: 2/20/19

Signature of Clerk or Deputy Clerk