UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

JUAN FLORES

    Plaintiff

Vs                               CASE #: 19-cv-20498-MGC

LVNV FUNDING LLC

RESURGENT CAPITAL SERVICES L.P

    Defendant

FILED BY JAO D.C.

MAR 27 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## NOTICE OF COMPLIANCE WITH ORDER TO FILE STATEMENT OF CLAIM

Comes now the Plaintiff, JUAN FLORES, and as ordered filed his statement of claim.

The Defendants LVNV FUNDING LLC and RESURGENT CAPITAL SERVICES L.P have

been served with Plaintiff's Statement of Claim, Exhibits and Court's Order.

Respectfully submitted,                   March 27, 2019

Juan Flores

8186 NW 114 PL

MEDLEY FL 33178-2543

jaf3046m@gmail.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing will be filed with the

Clerk of Court and served properly this 27th day of March 2019 to Defendants' counsel.

Carla T. Reece, Esq.

1

Canaveral Legal Law Firm

700 N. Wickham Rd., Suite 110

Melbourne, FL 32935

(p) 321-622-8925

(f)  877-880-8745

www.Canaveral-Legal.com

# EXHIBIT 1

PO Box 510090
Livonia MI 48151-6090





**Account Number:** \*\*\*\*\*\*\*\*\*\*\*6264
**Original Creditor:** Credit One Bank, N.A.
**Current Owner:** LVNV Funding LLC
**Reference ID:** 663473900
**Accountholder Name:** Juan Flores

P739GW60201339

JUAN FLORES
8186 NW 114TH PL
MEDLEY, FL 33178-2543

June 15, 2017

Dear Juan Flores,

Please be advised that effective 06/14/2017, ownership of your account has been transferred from FNBM, LLC to LVNV Funding LLC. Your account will now be serviced by Resurgent Capital Services, L.P., which is the master servicer for LVNV Funding LLC. We may place your account with a sub-servicer for collections.

If we can be of further assistance, please contact one of our Customer Service Representatives toll-free at 1-888-665-0374.

Sincerely,

Customer Service Department
Resurgent Capital Services L.P.

**Please read the following important notices as they may affect your rights.**

This is a communication from a debt collector.







*Hours of Operation*
8:30AM-6PM EST Monday – Thursday
8:30AM-5PM EST Friday

*Address*
Suite 110 MS 576
55 Beattie Place
Greenville, SC 29601

*Contact Numbers*
Toll Free Phone   1-888-665-0374
Toll Free Fax     1-866-467-0163



# EXHIBIT 2

PO BOX 98878
LAS VEGAS NV 89193-8878



|ı|ₐ·ı||ₐ·ıı|ₐ||ₐ·|||||ₐ·ıₗ|·ₐ·ı||·ı|₁·ₗ||||||·ı|·ₗ·ıₐₗₗ|·ı||
S-SFMCCS10  L-SV0013A-1012515497
P72YN400514305 -520325426 I14306

JUAN FLORES
8186 NW 114TH PL
MEDLEY FL 33178-2543

June 20, 2017

RE:  NOTICE OF SALE OF YOUR CREDIT CARD ACCOUNT

Dear JUAN FLORES:

Credit One Bank ("Credit One") is notifying you that your credit card account ending in 6264 ("Account") with a balance in the amount of $1,045.23 was sold on or about June 19, 2017, and has since been assigned to the new Account owner referenced below. **This letter is not an attempt to collect a debt and is for Account information purposes only.**

       LVNV Funding, LLC
       P.O. Box 10497
       Greenville, SC, 29603
       (877) 550-2459

Unless otherwise notified by the new Account owner, all future inquiries regarding this Account should be directed to LVNV Funding, LLC.

Credit One will request that the major credit reporting agencies change Credit One's tradeline to reflect the status of this Account as charged-off and sold.  This status may take up to 60 days to be reflected in your credit report.

Sincerely,

Credit One Bank, N.A.

SV00013/1012515497

# EXHIBIT 3

# EXHIBIT 4

PO Box 510090
Livonia MI 48151-6090





PTFWSL0070239

[mailing barcode]
JUAN FLORES
8186 NW 114TH PL
MEDLEY, FL 33178-2543

Account Number:  ************6264
Original Creditor:  Credit One Bank, N.A.
Current Owner:   LVNV Funding LLC
Reference ID:   663473900
Balance:    $1,045.23
Accountholder Name:  Juan Flores

September 27, 2017

Dear Juan Flores

Resurgent Capital Services L.P. manages the above referenced account for LVNV Funding LLC and has initiated a review of the inquiry we recently received.

For further assistance, please contact one of our Customer Service Representatives toll-free at 1-866-464-1187.

Sincerely,


Customer Service Department
Resurgent Capital Services L.P.

### Please read the following important notices as they may affect your rights.

Unless you notify us within 30 days after receiving this notice that you dispute the validity of this debt, or any portion of it, we will assume this debt is valid. If you notify us in writing within 30 days after receiving this notice that you dispute the validity of this debt, or any portion of it, we will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request of us in writing, within 30 days after receiving this notice, we will provide you with the name and address of the original creditor, if different from the current creditor.

This is an attempt to collect a debt and any information obtained will be used for that purpose. This is a communication from a debt collector.

Please note that a negative credit bureau report reflecting on your credit record may be submitted to a credit reporting agency by the current account owner if you fail to fulfill the terms of your credit obligations.  This notice in no way affects any rights you may have.




*Hours of Operation*
8:30AM-6PM EST
Monday - Thursday
8:30AM-5PM EST Friday



*Address*
PO Box 10497
Greenville, SC 29603



*Contact Numbers*
Toll Free Phone
1-866-464-1187
Toll Free Fax
1-866-467-0960



*Customer Portal*
Portal.Resurgent.com



## PRIVACY NOTICE

This Privacy Notice is being provided on behalf of each of the following related companies (collectively, the "Resurgent Companies"). It describes the general policy of the Resurgent Companies regarding the personal information of customers and former customers.

| | | |
|---|---|---|
| Resurgent Capital Services L.P | LVNV Funding, LLC | Ashley Funding Services LLC |
| Sherman Acquisition L.L.C. | PYOD LLC | SFG REO, LLC |
| Resurgent Capital Services PR LLC | Anson Street LLC | Pinnacle Credit Services, LLC |
| CACV of Colorado, LLC | CACH, LLC | |

**Information We May Collect.** The Resurgent Companies may collect the following personal information: (1) information that we receive from your account file at the time we purchase or begin to service your account, such as your name, address, social security number, and assets, (2) information that you may give us through discussion with you, or that we may obtain through your transactions with us, such as your income and payment history; (3) information that we receive from consumer reporting agencies, such as your creditworthiness and credit history, and (4) information that we obtain from other third party information providers, such as public records and databases that contain publicly available data about you, such as bankruptcy and mortgage filings. All of the personal information that we collect is referred to in this notice as "collected information".

**Confidentiality and Security of Collected Information.** At the Resurgent Companies, we restrict access to collected information about you to individuals who need to know such collected information in order to perform certain services in connection with your account. We maintain physical safeguards (like restricted access), electronic safeguards (like encryption and password protection), and procedural safeguards (such as authentication procedures) to protect collected information about you.

**Sharing Collected Information with Affiliates** From time to time, the Resurgent Companies may share collected information about customers and former customers with each other in connection with administering and collecting accounts to the extent permitted under the Fair Debt Collection Practices Act or applicable state law.

**Sharing Collected Information with Third Parties** The Resurgent Companies do not share collected information about customers or former customers with third parties, except as permitted in connection with administering and collecting accounts under the Fair Debt Collection Practices Act and applicable state law.



PO Box 510090
Livonia MI 48151-6090





P7GXO50020228

JUAN FLORES
8186 NW 114TH PL
MEDLEY, FL 33178-2543

Account Number:   ***********6264
Original Creditor:  Credit One Bank, N.A.
Current Owner:    LVNV Funding LLC
Reference ID:    663473900
Balance:       $1,045.23
Accountholder Name:  Juan Flores

October 5, 2017

Dear Juan Flores,

We have received a recent inquiry regarding the above-referenced account and have enclosed the account summary which provides verification of debt.

To make a payment, please contact us at the toll free number provided.

For further assistance, please contact one of our Customer Service Representatives toll-free at 1-866-464-1187.

Sincerely,

Customer Service Department
Resurgent Capital Services L.P.

Enclosure

### Please read the following important notices as they may affect your rights.

This is an attempt to collect a debt and any information obtained will be used for that purpose. This is a communication from a debt collector.



*Hours of Operation*
8:30AM-6PM EST
Monday - Thursday
8:30AM-5PM EST Friday



*Address*
PO Box 10497
Greenville, SC 29603



*Contact Numbers*
Toll Free Phone
1-866-464-1187
Toll Free Fax
1-866-467-0960



*Customer Portal*
Portal.Resurgent.com



## ACCOUNT SUMMARY REPORT
### 10/2/2017 2:56:12 PM

*This account summary has been prepared by Resurgent Capital Services on behalf of LVNV Funding LLC.*
*It is not a credit card or other account statement from the original creditor.*

| Borrower Information | | Current Account Information | |
|---|---|---|---|
| Name: | JUAN FLORES | Owner | LVNV Funding LLC |
| Address: | 8186 NW 114th Pl | Resurgent Reference # | 663473900 |
| City: | Medley | Original Creditor | Credit One Bank, N.A. |
| State: | FL | Account Number | XXXXXXXXXXXX6264 |
| Zip Code: | 33178-2543 | Current Balance Due | $1045.23 |
| | | Date of Last Payment | 09/05/2016 |

| Historical Account Information | |
|---|---|
| The original creditor for this account was: | Credit One Bank, N.A. |
| The origination date with original creditor was: | 04/27/2016 |
| The account charge-off date was: | 05/05/2017 |
| The account charge-off amount was: | $1,045.23 |
| *The account was acquired on or about:* | 06/14/2017 |
| The account was acquired from: | FNBM, LLC |
| The account balance at time of acquisition: | $1,045.23 |

*This communication is from a debt collector and this is an attempt to collect a debt. Any information obtained will be used for that purpose.*

Page 1 of 1



PO Box 510090
Livonia MI 48151-6090





P^M49^0080424

||ı|||||ı|ı|||ı|ı||ı••ı|ı|||ı|ı|ı|ı|||ı|ı|||ı|ı|ı|ı|
JUAN FLORES
8186 NW 114TH PL
MEDLEY, FL 33178-2543

| |
|---|
| Account Number:  ************6264 |
| Original Creditor:  Credit One Bank, N.A. |
| Current Owner:     LVNV Funding LLC |
| Reference ID:      663473900 |
| Balance:           $1,045.23 |
| Accountholder Name:  Juan Flores |

November 14, 2017

Dear Juan Flores,

We have reviewed the inquiry regarding the above referenced account. However, the information provided, along with our review of the account, is insufficient to support this claim.

If, after reviewing the above-referenced information, you believe this account to be fraudulent, we ask that you provide one of the following documents in order to help us resolve this matter: a completed police incident report, a notarized affidavit of fraud or identity theft, or an Identity Theft Report generated via the Federal Trade Commission's website: www.identitytheft.gov.

If this account was previously paid or satisfied in full, please provide a copy of the offer letter, cancelled check(s), and or confirmation of payment in full.

In addition, if you have any correspondence to from the previous creditors or any additional documentation concerning this dispute, please provide a copy.

Send this supporting documentation to the following fax number:
> Attention: Customer Service Department
> 1-866-467-0960

Or by mail to the following address:
> Resurgent Capital Services L.P.
> Attention: Customer Service Department
> PO Box 10497
> Greenville SC 29603

To make a payment, please contact us at the toll free number provided.

For further assistance, please contact one of our Customer Service Representatives toll-free at 1-866-464-1187.

**continued on next page**



*Hours of Operation*
8:30AM-6PM EST
Monday - Thursday
8:30AM-5PM EST Friday



*Address*
PO Box 10497
Greenville, SC 29603



*Contact Numbers*
Toll Free Phone
1-866-464-1187
Toll Free Fax
1-866-467-0960



*Customer Portal*
Portal.Resurgent.com



P^M492008042430424301102A2400

8L11771-DSPREIN-CS

Sincerely,


Customer Service Department
Resurgent Capital Services L.P.

**Please read the following important notices as they may affect your rights.**

This is an attempt to collect a debt and any information obtained will be used for that purpose. This is a communication from a debt collector.



PO Box 510090
Livonia MI 48151-6090





P7WK2F0020170119

JUAN FLORES
8186 NW 114TH PL
MEDLEY, FL 33178-2543

Account Number:    ***********6264
Original Creditor:   Credit One Bank, N.A.
Current Owner:     LVNV Funding LLC
Reference ID:      663473900
Balance:           $1,045.23
Accountholder Name:  Juan Flores

January 31, 2018

Dear Juan Flores,

Resurgent Capital Services L.P. manages the above referenced account for LVNV Funding LLC and has initiated a review of the inquiry we recently received.

For further assistance, please contact one of our Customer Service Representatives toll-free at 1-866-464-1187.

Sincerely,

Customer Service Department
Resurgent Capital Services L.P.

**Please read the following important notices as they may affect your rights.**

Unless you notify us within 30 days after receiving this notice that you dispute the validity of this debt, or any portion of it, we will assume this debt is valid. If you notify us in writing within 30 days after receiving this notice that you dispute the validity of this debt, or any portion of it, we will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request of us in writing, within 30 days after receiving this notice, we will provide you with the name and address of the original creditor, if different from the current creditor.

This is an attempt to collect a debt and any information obtained will be used for that purpose. This is a communication from a debt collector.



*Hours of Operation*
8:30AM-6PM EST
Monday - Thursday
8:30AM-5PM EST Friday



*Address*
PO Box 10497
Greenville, SC 29603



*Contact Numbers*
Toll Free Phone
1-866-464-1187
Toll Free Fax
1-866-467-0960



*Customer Portal*
Portal.Resurgent.com



P7WK2F0020171901719010290400

8322764-INITIAL-CS

## PRIVACY NOTICE

This Privacy Notice is being provided on behalf of each of the following related companies (collectively, the "Resurgent Companies").  It describes the general policy of the Resurgent Companies regarding the personal information of customers and former customers.

| | | |
|---|---|---|
| Resurgent Capital Services L.P. | LVNV Funding, LLC | Ashley Funding Services LLC |
| Sherman Acquisition L.L.C. | PYOD LLC | SFG REO, LLC |
| Resurgent Capital Services PR LLC | Anson Street LLC | Pinnacle Credit Services, LLC |
| CACV of Colorado, LLC | CACH, LLC | |

**Information We May Collect.**  The Resurgent Companies may collect the following personal information: (1) information that we receive from your account file at the time we purchase or begin to service your account, such as your name, address, social security number, and assets; (2) information that you may give us through discussion with you, or that we may obtain through your transactions with us, such as your income and payment history;  (3) information that we receive from consumer reporting agencies, such as your creditworthiness and credit history, and (4) information that we obtain from other third party information providers, such as public records and databases that contain publicly available data about you, such as bankruptcy and mortgage filings.  All of the personal information that we collect is referred to in this notice as "collected information".

**Confidentiality and Security of Collected Information.**  At the Resurgent Companies, we restrict access to collected information about you to individuals who need to know such collected information in order to perform certain services in connection with your account.  We maintain physical safeguards (like restricted access), electronic safeguards (like encryption and password protection), and procedural safeguards (such as authentication procedures) to protect collected information about you.

**Sharing Collected Information with Affiliates**  From time to time, the Resurgent Companies may share collected information about customers and former customers with each other in connection with administering and collecting accounts to the extent permitted under the Fair Debt Collection Practices Act or applicable state law.

**Sharing Collected Information with Third Parties**  The Resurgent Companies do not share collected information about customers or former customers with third parties, except as permitted in connection with administering and collecting accounts under the Fair Debt Collection Practices Act and applicable state law.



# EXHIBIT 5

FEBRUARY   21, 2018

JUAN FLORES
8186 NW 114 PL
MEDLEY FL 33178
305-477-0308


RESURGENT

P.O. 10497

GREENVILLE, SC 29603


Dear Sirs:

This letter is not a refusal to pay, but a notice sent pursuant to the Fair Debt
Collection Practices Act, 15 U.S.C. §1692 et. seq., and the Fair Credit Reporting
Act, 15 U.S.C. §1681 et. seq. that your claim is disputed and validation is
requested.

This is a request for VALIDATION made pursuant to the above named Titles and
Sections. I respectfully request that you provide me with competent evidence that I
have any legal obligation to pay you.

Please provide me with the following:

• What the money you say I owe is for.

• Explain and show me how you specifically calculated the entire amount of what
you say I owe.

• Provide me with copies of any and all "account level documents" that show I
agreed to pay what you say I owe to include original signatures.

• Identify the ORIGINAL creditor.

• If you or your offices purchased this alleged account, identify the SELLER you
purchased it from and ALL PREVIOUS OWNERS.

• Provide me with a copy of ANY judgment you say gives you the right to collect anything from me.

• Explain how the balance on this alleged account was calculated.

Provide me with ANY documentation which establishes that you have the legal standing to collect anything from me.

If your offices are able to provide the proper documentation as requested, I will require at least 30 days after receipt to investigate this information and during such time all collection activity must cease.

If you fail to respond to this validation request within 30 days from the date of your receipt, all references to this account must be deleted and completely removed from my credit files with the credit reporting agencies and a copy of such deletion request shall be sent to me immediately. Until proper validation is provided you and/or your offices are to cease all collection efforts.

I would also like to request, in writing, that no telephone contact be made by you or your offices to me, my home or to my place of employment. If you or your offices attempt telephone communication with me, including but not limited to computer generated calls and calls or correspondence sent to or with any third parties, it will be considered harassment. All future communications with me MUST be done in writing and sent to the address noted in this letter by USPS.

It would be advisable that you assure that your records are in order before I am forced to take legal action. This is an attempt to correct your records; any information obtained shall be used for that purpose.

Respectfully,


Juan Flores

Sent by certified mail, # 7017 2620 0000 6959 3179

(See attached)

10/19/2018                                                           USPS.com® - USPS Tracking® Results

# USPS Tracking®

FAQs > (https://www.usps.com/faqs/uspstracking-faqs.htm)

Track Another Package  +

Remove ✕

**Tracking Number:** 70172620000069593179

Your item was delivered at 7:11 am on February 26, 2018 in GREENVILLE, SC 29602.

## ⊘ Delivered

February 26, 2018 at 7:11 am
Delivered
GREENVILLE, SC 29602

---

Tracking History                                                    ⌄

---

Product Information                                                  ⌄

---

See Less ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs (https://www.usps.com/faqs/uspstracking-faqs.htm)**

# EXHIBIT 6

PO Box 510090
Livonia MI 48151-6090





RESURGENT
*Capital Services*

| | |
|---|---|
| Account Number: | ***********6264 |
| Original Creditor: | Credit One Bank, N.A. |
| Current Owner: | LVNV Funding LLC |
| Reference ID: | 663473900 |
| Balance: | $1,045.23 |
| Accountholder Name: | Juan Flores |

PSWZ500800015

JUAN FLORES
8186 NW 114TH PL
8186 NW 114TH PL
MEDLEY, FL 33178-2843

April 22, 2018

Dear Juan Flores,

We have received a recent inquiry regarding the above-referenced account and have enclosed the account summary which provides verification of debt.

To make a payment, please contact us at the toll-free number provided.

For further assistance, please contact one of our Customer Service Representatives toll-free at 1-866-464-1187.

Sincerely,

Customer Service Department
Resurgent Capital Services L.P.

Enclosure

**Please read the following important notices as they may affect your rights.**

This is an attempt to collect a debt and any information obtained will be used for that purpose. This communication is from a debt collector.



*Hours of Operation*
8:30AM-6PM EST
Monday - Thursday
8:30AM-5PM EST Friday



*Address*
PO Box 10497
Greenville, SC 29603



*Contact Numbers*
Toll Free Phone
1-866-464-1187
Toll Free Fax
1-866-467-0960



*Customer Portal*
Portal.Resurgent.com



## ACCOUNT SUMMARY REPORT
4/20/2018 12:12:00 PM

*This account summary has been prepared by Resurgent Capital Services on behalf of LVNV Funding LLC. It is not a credit card or other account statement from the original creditor.*

| Borrower Information | Current Account Information |
|---|---|

**Name:** JUAN FLORES
**Address:** 8186 NW 114th Pl
**City:** Medley
**State:** FL
**Zip Code:** 33178-2543

**Owner** LVNV Funding LLC
**Resurgent Reference #** 663473900
**Original Creditor** Credit One Bank, N.A.
**Account Number** XXXXXXXXXXXX6264
**Current Balance Due** $1045.23
**Date of Last Payment** 09-05-2016

| Historical Account Information |
|---|

| | |
|---|---|
| The original creditor for this account was: | Credit One Bank, N.A. |
| The origination date with original creditor was: | 04-27-2016 |
| The account charge-off date was: | 05-05-2017 |
| The account charge-off amount was: | $1,045.23 |
| The account was acquired on or about: | 06-14-2017 |
| The account was acquired from: | FNBM, LLC |
| The account balance at time of acquisition was: | $1,045.23 |

*This communication is from a debt collector and this is an attempt to collect a debt. Any information obtained will be used for that purpose.*

Page 1 of 1



# EXHIBIT 7

CERTIFIED MAIL #: 7016 2710 0000 9686 4143 4146

JUAN FLORES

8186 NW 114 PL

MIAMI FL 33178


July , 17 2018


LVNV Funding LLC

P O BOX 10497

GREENVILLE, SC 29603


To Whom It May Concern:

This letter is my response to your letter dated JULY 16, 2018. Be advised that this is not a refusal to pay, but a notice sent pursuant to the Fair Debt Collection Practices Act, 15 USC 1692g that your claim is disputed and PROPER VALIDATION is requested.

This is NOT a request for "verification" or proof of my mailing address, but a request for VALIDATION made pursuant to the above named Title. I respectfully request that your offices provide me with competent evidence that I have any legal obligation to pay you.


Please govern yourself accordingly


JUAN FLORES

# EXHIBIT 8

CERTIFIED MAIL #: 7017 2620 0000 6959 3216

JUAN FLORES

8186 NW 114 PL

MIAMI FL 33178


July , 17 2018


TrueAccord

303 2nd Street Suit 750

San Francisco CA 94107


To Whom It May Concern:

This letter is my response to your letter dated JULY, 16, 2018. Be advised that this is not a refusal to pay, but a notice sent pursuant to the Fair Debt Collection Practices Act, 15 USC 1692g that your claim is disputed and PROPER VALIDATION is requested.

This is NOT a request for "verification" or proof of my mailing address, but a request for VALIDATION made pursuant to the above named Title. I respectfully request that your offices provide me with competent evidence that I have any legal obligation to pay you.


Please govern yourself accordingly


JUAN FLORES

# EXHIBIT 9

PO Box 510090
Livonia MI 48151-6090



# RESURGENT
## Capital Services

Account Number: \*\*\*\*\*\*\*\*\*\*\*\*6264
Original Creditor: Credit One Bank, N.A.
Current Owner: LVNV Funding LLC
Reference ID: 663473900
Balance: $1,045.23
Accountholder Name: Juan Flores

PSWE1T00200145

JUAN FLORES
8186 NW 114TH PL
MEDLEY, FL 33178-2543

September 12, 2018

Dear Juan Flores,

Resurgent Capital Services L.P. manages the above referenced account for LVNV Funding LLC and has initiated a review of the inquiry we recently received.

For further assistance, please contact one of our Customer Service Representatives toll-free at 1-866-464-1187.

Sincerely,

Customer Service Department
Resurgent Capital Services L.P.

**Please read the following important notices as they may affect your rights.**

Unless you notify us within 30 days after receiving this notice that you dispute the validity of this debt, or any portion of it, we will assume this debt is valid. If you notify us in writing within 30 days after receiving this notice that you dispute the validity of this debt, or any portion of it, we will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request of us in writing, within 30 days after receiving this notice, we will provide you with the name and address of the original creditor, if different from the current creditor.

This is an attempt to collect a debt and any information obtained will be used for that purpose. This communication is from a debt collector.



*Hours of Operation*
8:30AM-6PM EST
Monday - Thursday
8:30AM-5PM EST Friday



*Address*
PO Box 10497
Greenville, SC 29603

*Contact Numbers*
Toll Free Phone
1-866-464-1187
Toll Free Fax
1-866-467-0960



*Customer Portal*
Portal.Resurgent.com

PO Box 510090
Livonia MI 48151-6090

# RESURGENT
*Capital Services*

Account Number: ***********6264
Original Creditor: Credit One Bank, N.A.
Current Owner:   LVNV Funding LLC
Reference ID:    663473900
Balance:         $1,045.23
Accountholder Name: Juan Flores

PSWE8800200009

JUAN FLORES
8186 NW 114TH PL
MEDLEY, FL 33178-2543

September 12, 2018

Dear Juan Flores,

We have received a recent inquiry regarding the above-referenced account and have enclosed the account summary which provides verification of debt.

To make a payment, please contact us at the toll free number provided.

For further assistance, please contact one of our Customer Service Representatives toll-free at 1-866-464-1187.

Sincerely,

Customer Service Department
Resurgent Capital Services L.P.

Enclosure

### Please read the following important notices as they may affect your rights.

This is an attempt to collect a debt and any information obtained will be used for that purpose. This communication is from a debt collector.



*Hours of Operation*
8:30AM-6PM EST
Monday - Thursday
8:30AM-5PM EST Friday



*Address*
PO Box 10497
Greenville, SC 29603



*Contact Numbers*
Toll Free Phone
1-866-464-1187
Toll Free Fax
1-866-467-0960



*Customer Portal*
Portal.Resurgent.com



## ACCOUNT SUMMARY REPORT
9/12/2018 10:18:23 AM

*This account summary has been prepared by Resurgent Capital Services on behalf of LVNV Funding LLC. It is not a credit card or other account statement from the original creditor.*

| Borrower Information | Current Account Information |
|---|---|

**Borrower Information**

| | |
|---|---|
| **Name:** | JUAN FLORES |
| **Address:** | 8186 NW 114th Pl |
| **City:** | Medley |
| **State:** | FL |
| **Zip Code:** | 33178-2543 |

**Current Account Information**

| | |
|---|---|
| **Owner:** | LVNV Funding LLC |
| **Resurgent Reference #:** | 663473900 |
| **Original Creditor:** | Credit One Bank. N.A. |
| **Account Number:** | XXXXXXXXXXXX6264 |
| **Current Balance Due:** | $1045.23 |
| **Date of Last Payment:** | 09/05/2016 |

## Historical Account Information

| | |
|---|---|
| The original creditor for this account was: | Credit One Bank. N.A.<br>P.O. Box 98873<br>Las Vegas. NV 89193 |
| The origination date with original creditor was: | 04/27/2016 |
| The account charge-off date was: | 05/05/2017 |
| The account charge-off amount was: | $1,045.23 |
| The account was acquired on or about: | 06/14/2017 |
| The account was acquired from: | MHC Receivables. LLC and FNBM. LLC |
| The account balance at time of acquisition: | $1,045.23 |

*This communication is from a debt collector and this is an attempt to collect a debt. Any information obtained will be used for that purpose.*



Page 1 of 1

# EXHIBIT 10

JUAN ALBERTO FLORES
DOB: 03/05/61
SSN: 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

8186 NW 114 PL
MIAMI FL 33178

OCTUBER 22, 2018

Equifax Credit
Information Services, LLC
P.O. Box 740241,
Atlanta, GA 30374

ATTN: LEGAL DEPARTMENT

I am disputing the following items:

1. CAVALRY PORTOLIO SERVICES ...
2. LVNV FUNDING LLC...
3. PORFOLIO RECOVERY ASSOCCIATES...

I did not authorize the following inquiries on my credit report. I believe they were made without a permissible purpose. Please remove them.
Please provide me with a description of the reinvestigation procedure for all items.
Please provide me with the source of information for all items.
Please send me all information in my consumer **FILE**.
Please send me an updated copy of my credit report.
Please send me a copy of the **ACDV** forms sent to the furnishers and the return forms, **AUDs**, received back by you.

Sincerely,
JUAN A. FLORES

Sent via USPS Certified Mail # 7017 2620 0000 6959 3285

JUAN ALBERTO FLORES
DOB: 03/05/61
SSN: 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

8186 NW 114 PL
MIAMI FL 33178

OCTUBER 22, 2018

TransUnion
Consumer Relations
P.O. Box 2000,
Chester, PA 19016-2000

ATTN: LEGAL DEPARTMENT

I am disputing the following items:

1. CAVALRY PORTOLIO SERVICES ...
2. LVNV FUNDING LLC....
3. PORFOLIO RECOVERY ASSOCCIATES...

I did not authorize the following inquiries on my credit report. I believe they were made without a permissible purpose. Please remove them.
Please provide me with a description of the reinvestigation procedure for all items.
Please provide me with the source of information for all items.
Please send me all information in my consumer **FILE**.
Please send me an updated copy of my credit report.
Please send me a copy of the **ACDV** forms sent to the furnishers and the return forms, **AUDs**, received back by you.

Sincerely,
JUAN A. FLORES

Sent via USPS Certified Mail # 7017 2620 0000 6959 3278

JUAN ALBERTO FLORES
DOB 03/05/61
SSN : 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

8186 NW 114 PL
MIAMI, FL 332178

OCTUBER. 22. 2018

EXPERIAN
P.O. BOX 4500
ALLEN TX 75013

ATTN: LEGAL DEPARTMENT

I am disputing the following items:

1. CAVALRY PORTOLIO SERVICES ...
2. LVNV FUNDING LLC...
3. PORFOLIO RECOVERY ASSOCCIATES...

I did not authorize the following inquiries on my credit report. I believe they were made without a permissible purpose. Please remove them.
Please provide me with a description of the reinvestigation procedure for all items.
Please provide me with the source of information for all items.
Please send me all information in my consumer **FILE**.
Please send me an updated copy of my credit report.
Please send me a copy of the **ACDV** forms sent to the furnishers and the return forms, **AUDs**. received back by you.

Sincerely,
JUAN A. FLORES

Sent via USPS Certified Mail # 7017 2620 0000 6959 3261

JUAN ALBERTO FLORES | 1148-8763-73 for **11/19/18**

## Record of requests for your credit history

### Inquiries shared with others

### CITI CARDS/CITIBANK

**Address identification number:**
**Date** **Reason**

### CHASE CARD

**Address identification number:**
**Date** **Reason**

### Inquiries shared only with you

...and **we do not include any of these requests on credit reports to others.**

- other creditors who want to offer you preapproved credit
- an employer who wishes to extend an offer of employment
- a potential investor in assessing the risk of a current obligation
- Trans Union or another assistance to process a report for you
- your current creditors to monitor your accounts (date and may reflect only the most recent period).
- a friend used to complete your mortgage loan application
- insurance underwriting auto or home

**These inquiries DO NOT affect your credit score and are not seen by anyone but you (except insurance companies may be able to see other insurance company inquiries).**

### CBNA
**Date of inquiry:** Nov 19, 2018

### PORTFOLIO RECOV ASSOC
**Date of inquiry:** Nov 19, 2018; Jul 25, 2017; Jul 10, 2017

### CONSUMERINFO.COM INC
No phone number available
**Date of inquiry:** Nov 18, 2018; Oct 06, 2018; Sep 05, 2018; Aug 08, 2018; Jul 09, 2018; Apr 12, 2018

### CIC EXPERIAN CONSUMER SE
No phone number available
**Date of inquiry:** Oct 21, 2018; Mar 13, 2018; Feb 10, 2018

### CIC EXPERIAN CREDITWORKS
**Date of inquiry:** Oct 21, 2018; Oct 14, 2018; Sep 30, 2018; Sep 16, 2018; Sep 02, 2018; Aug 19, 2018; Aug 05, 2018; Jul 22, 2018; Jul 08, 2018; Jun 24, 2018; Jun 10, 2018; May 27, 2018; May 13, 2018; May 09, 2018; Apr 24, 2018; Apr 13, 2018

### ECS
No phone number available
**Date of inquiry:** Oct 21, 2018; Feb 10, 2018

### ECS/CREDIT BASICS
**Date of inquiry:** Oct 21, 2018; Feb 10, 2018

### ECS/RIGHT OFFER MARKETPL
No phone number available
**Date of inquiry:** Oct 21, 2018; Apr 13, 2018; Mar 21, 2018; Mar 20, 2018; Mar 14, 2018; Mar 13, 2018; Mar 09, 2018; Mar 08, 2018; Mar 07, 2018; Mar 05, 2018; Mar 02, 2018; Mar 01, 2018; Feb 18, 2018; Feb 15, 2018; Feb 11, 2018; Feb 10, 2018

### LEXISNEXIS/INS/P&C
**Date of inquiry:** Sep 18, 2018; Feb 19, 2018; Oct 09, 2017

### DEBSKI & ASSOCIATES
**Date of inquiry:** Jul 26, 2018

### FMS INC
No phone number available
**Date of inquiry:** Jan 16, 2018

### LEXISNEXIS/INS/P&C
**Date of inquiry:** Oct 09, 2017

### CREDIT INFONET
**Date of inquiry:** Sep 30, 2017

### CAPITAL ONE
**Date of inquiry:** Sep 16, 2017

### TC/ACCESS/TBOM
**Date of inquiry:** Jul 27, 2017

### RESURGENT CAPITAL SERVIC
**Date of inquiry:** Jul 26, 2017

### ALLIED INTERSTATE LLC
No phone number available
**Date of inquiry:** Jul 23, 2017; Jul 21, 2017; Jul 20, 2017

### ALLIED INTERSTATE LLC    No phone number available
**Date of inquiry:** Jul 20, 2017

### SEVENTH AVENUE
No phone number available
**Date of inquiry:** May 30, 2017; Nov 21, 2016

### ZWICKER & ASSOCIATES P C
**Date of inquiry:** May 03, 2017

### CREDIT ONE BANK
**Date of inquiry:** Apr 26, 2017

# EXHIBIT 11

Consumer Credit Report for JUAN ALBERTO FLORES

**LVNV FUNDING LLC #444796231312\*\*\*\*** ( C/O RESURGENT CAPITAL SERVICES, PO BOX 1269, GREENVILLE, SC 29603, (866) 464-1183 )

| | | | |
|---|---|---|---|
| **Placed for collection:** 06/14/2017 | **Balance:** | $1,045 | **Pay Status:** ›In Collection‹ |
| **Responsibility:** Individual Account | **Date Updated:** | 11/17/2018 | **Date Closed:** 11/15/2018 |
| **Account Type:** Open Account | **Original Amount:** | $1,045 | |
| **Loan Type:** DEBT BUYER | **Original Creditor:** | CREDIT ONE BANK N A (Financial) | |
| | **Past Due:** | ›$1,045‹ | |

**Remarks:** ACCT INFO DISPUTED BY CONSUMR; ›PLACED FOR COLLECTION‹
**Estimated month and year that this item will be removed:** 10/2023

**To dispute online go to: http://transunion.com/disputeonline**

P 97NUQ-002 00135-I0016:

LVNV FUNDING, LLC Partial account #
444796231312

| Date opened | First reported | Recent balance |
|---|---|---|
| Jun 2017 | Mar 2018 | [illegible] |
| **Address ID #** | **Terms** | **Status** |
| [illegible] | [illegible] | [illegible] |
| **Original creditor** | **Monthly payment** | |
| [illegible] | [illegible] | |
| **Type** | **Credit limit or original amount** | |
| [illegible] | [illegible] | |
| **Responsibility** | **High balance** | **Comment** |
| [illegible] | [illegible] | [illegible] |
| | | **Date of Status** |
| | | Mar 2018 |

Payment history

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2018 | | | C | C | C | C | C | C | C | C | C | |

Account History * (AB = Account Balance, DPR = Date Payment Received, SPA = Scheduled Payment Amount, AAP = Actual Amount Paid)

| | Oct18 | Sep18 | Aug18 | Jul18 | Jun18 | May18 | Apr18 | Mar18 |
|---|---|---|---|---|---|---|---|---|
| AB ($) | 1,045 | 1,045 | 1,045 | 1,045 | 1,045 | 1,045 | 1,045 | 1,045 |
| DPR | ND | ND | ND | ND | ND | ND | ND | ND |
| SPA ($) | ND | ND | ND | ND | ND | ND | ND | ND |
| AAP ($) | ND | ND | ND | ND | ND | ND | ND | ND |